IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| LYDIA GINES VEGA, et al. | * | |
| Plaintiffs | * | Civil No. 96-1638(SEC) |
| v. | * | |
| CROWLEY AMERICAN TRANSPORT, INC, et al. | * | Consolidated with: |
| Defendants/Third-Party Plaintiffs | * | |
| v. | * | |
| NIVARDO MARRERO, et al. | * | |
| Third-Party Defendant | * | |
| ************************************ | | |
| JESSIE HERNANDEZ CORDOVA, et al. | * | |
| Plaintiffs | * | Civil No. 96-2008(SEC) ✓ |
| v. | * | |
| CROWLEY AMERICAN TRANSPORT, INC, et al. | * | |
| Defendants/Third-Party Plaintiffs | * | |
| v. | * | |
| NIVARDO MARRERO, et al. | * | |
| Third-Party Defendant | * | |
| ************************************ | | |
| MANUEL COLON BURGOS, et al. | * | |
| Plaintiffs | * | Civil No. 97-1492(SEC) |
| v. | * | |
| CROWLEY AMERICAN TRANSPORT, INC, et al. | * | |
| Defendants/Third-Party Plaintiffs | * | |
| v. | * | |
| NIVARDO MARRERO, et al. | * | |
| Third-Party Defendant | * | |
| ************************************ | | |
| FRANCISCO COLON OCASIO, et al. | * | |
| Plaintiffs | * | Civil No. 97-1415(SEC) |
| v. | * | |
| TRANSPORTE BARCELONETA, et al. | * | |
| Defendants/Third-Party Plaintiffs | * | |
| v. | * | |
| CROWLEY AMERICAN TRANSPORT, INC., et al. | * | |
| Third-Party Defendant | * | |
| ************************************ | | |

**ORDER**

Pursuant to P.R. Loc. R. 302.7, this case is hereby transferred to the docket of the Honorable

**Civil No. 96-~~1638~~2008(SEC)**                                                                 2

---

Jay García Gregory, subject to his approval.

**SO ORDERED.**

In San Juan, Puerto Rico, this 8TH day of August, 2000.

                                        *[signature]*
                                        SALVADOR E. CASELLAS
                                        United States District Judge

AO 72A
(Rev. 8/82)