IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LYDIA GINES VEGA, et al

    **Plaintiff(s)**

    v.                          CIVIL NO. 96-1638 (JAG)
                                             96-2008 (JAG)
CROWLEY AMERICAN TRANSPORT,         97-1415 (JAG)
INC.                                      97-1492 (JAG)

    **Defendant(s)**

**FINAL JUDGMENT**

Pursuant to the Orders entered August 31, 2001 (Dockets #262, 263), the Stipulation as to Amount of Costs and Attorney's Fees (Docket #268), and Motion for Voluntary Dismissal (Docket #267), the Court enters Final Judgment in these cases as follows:

1. All complaints by plaintiffs in these consolidated actions are dismissed with prejudice.

2. All cross-claims and third party complaints are dismissed with prejudice.

3. Third party defendants General Instrument Corporation and Liberty Mutual Insurance Corporation shall pay to third party plaintiff Crowley American Transport, Inc. the stipulated amount of $260,000.00 in costs and attorney's fees.

These consolidated cases are now closed for statistical purposes.

Civil No. 96-1638   (JAG)                                                      2

   IT IS SO ORDERED.

   In San Juan, Puerto Rico, this 21st day of September, 2001.

                                        JAY A. GARCIA-GREGORY
                                        U.S. District Judge